# CASES

## DECIDED IN THE

# COURT OF APPEALS OF GEORGIA

### AT THE

## MARCH TERM, 1921

---

### 11680. STANLEY *v.* COWART.

LUKE, J. Upon conflicting evidence, the jury found in favor of the plaintiff; the verdict has the approval of the trial judge, and, the only assignment of error being that the verdict was contrary to the evidence, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 8, 1921.

Trover; from Clinch superior court — Judge Summerall. June 12, 1920.

*S. Burkhalter, E. H. Williams,* for plaintiff in error.

*W. T. Dickerson,* contra.